*Owings*
*vs*
*Turnpike C'y.*

JUDGMENT REVERSED.

---

## COURT OF APPEALS, JUNE TERM, 1820.

### Owings *vs*. The Baltimore and Reister's-town Turnpike Road.

The 33d *sec.* of
the act of 1804, *ch.*
51, incorporating
several turnpike
road companies,
applies only to
those persons who
reside on premises
*which lie on and
touch* the road, and
are within three
miles of a turn-
pike-gate.

APPEAL from *Baltimore* county court. It was an action
of *assumpsit* for money paid, laid out and expended, and
for money had and received, brought by the appellant
against the appellees. The following case was submitted
to the county court for their opinion, viz. That the plain-
tiff, (now appellant,) resides on a tract of land situated
within three miles of the turnpike gate, No. 2, of the *Bal-
timore and Reister's-town Turnpike Road,* but that no part
of the said tract runs with, binds on, or touches the said
road. That at many periods between the 10th of Februa-
ry 1814, and the 10th of February 1816, the plaintiff pass-
ed the said turnpike gate oftener than once in 24 hours,
always paying, the first time of so passing, the accustom-
ed toll. That on coming the second time to the said gate,
during the same 24 hours, which often occurred, the plain-
tiff invariably protested against the demand made of toll
from him by the gate keeper, he, the plaintiff, alleging
that he was exempted from a second payment of toll on
the same day, by virtue of the *thirty-third* section of the
act of 1804, *ch.* 51, entitled, "An act to incorporate com-
panies to make several turnpike roads through *Baltimore*
county, and for other purposes,"(*a*) inasmuch as he resided
within three miles of said gate, and adjacent to the said
road; notwithstanding which, the defendants persisted in
their demands, and would not at any time permit the plain-

(*a*) By this section, no toll is to be demanded from any per-
son "living on or adjacent to the said road, within three miles of
any of the said gates or turnpikes," for passing the said gate more
than once in twenty-four hours.

tiff to pass oftener than once during the space of 24 hours, until he had paid toll for every time of so passing; by means of which the plaintiff has paid to the defendants in amount $200 for so passing, in a variety of instances, a second time, and oftener during the same 24 hours between the periods herein first stated, viz. the 10th of February 1814, and 10th of February 1816; for the recovery back of which money, so paid as aforesaid, the present action is instituted. On this statement the only question for decision was, whether a person residing at a spot any where within three miles of a turnpike gate, no matter how near thereto, whose land does not in any part thereof actually touch the road, can pass the gate as often as he pleases during the space of 24 hours, by paying toll once only during that period of time, by virtue of the *thirty-third* section of the said act. The county court gave judgment for the defendants, and the plaintiff appealed to this court.

June 1820

Owings
vs
Turnpike C'y.

The case was argued at this term, before BUCHANAN, EARLE, JOHNSON and DORSEY, J. by

*Hoffman*, for the appellant, *(a)* and

*Winder* and *Harper*, for the appellees.

BUCHANAN, J. delivered the opinion of the court.

In this case, which depends entirely on the *thirty-third* section of the act of 1804, *ch.* 51, incorporating several turnpike road companies, the court see no reason for doubt.

The privilege accorded by that section to persons residing on or adjacent to the turnpike road, within three miles of any turnpike gate, by paying once in twenty-four hours, must be confined to persons who reside on premises which lie on and touch the road within three miles of the gate, and cannot be extended, as contended for by the appellant, to those who reside any where within a circle of three miles round the gate, whether they reside on premises which touch the road or not.

JUDGMENT AFFIRMED.

*(a)* He cited *Rees vs. Abbott, Cowp.* 832. *Wright vs. Kemp,* 3 *T. R.* 473. *Barker vs. Suretees,* 2 *Stra.* 1175; and *Farmingham vs. Brand,* 3 *Atk.* 390.